**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 2 2005

GREGORY C. LANGHAM
CLERK

Civil Case No. 04-cv-02283-LTB-MJW

STEVEN DOBBS,
NAOMI DOBBS,
    Plaintiffs,

v.

ANTHEM BLUE CROSS AND BLUE SHIELD, a Colorado Insurance COmpany,
    Defendant.

---

**ORDER**

---

Upon Plaintiff's Motion for Reconsideration or to Alter or Amend Judgment Pursuant to Rule 59(e) (filed May 31, 2005), it is

ORDERED that Plaintiff's Motion is DENIED.

BY THE COURT:

_/s/ Lewis T. Babcock_
Lewis T. Babcock, Chief Judge

DATED: June 2, 2005

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF SERVICE

Civil Case No. 04-cv-02283-LTB-MJW

The undersigned certifies that a copy of the foregoing ORDER was served on June 2, 2005, by:

(X) delivery to:

Magistrate Judge Michael J. Watanabe

(X) depositing the same in the United States Mail, postage prepaid, addressed to:

Shawn Mitchell, Esq.
12530 Newton Street
Broomfield, CO 80020

Dean A. McConnell, Esq.
Cynthia Treadwell-Miller, Esq.
Kennedy Christopher Childs & Fogg
1050 Seventeenth Street, Suite 2500
Denver, CO 80265

*[signature]*
Deputy Clerk