IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Action No. 04-cv-02283-LTB

STEVEN DOBBS and NAOMI DOBBS,

    Plaintiffs,

v.

ANTHEM BLUE CROSS AND BLUE SHIELD,
A Colorado Insurance Company,

    Defendant.

_____

ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Plaintiffs' Stipulated Motion to Dismiss Case With Prejudice (Doc 98 - filed September 28, 2010), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

BY THE COURT:

    s/Lewis T. Babcock
    LEWIS T. BABCOCK, JUDGE

DATED: September 29, 2010